BROWN AND SEELYE, PLLC
SUSAN H. SEELYE, WSB#28825
744 S. FAWCETT AVE
(253) 573-1958
1-866-422-6196 Toll free fax

CHAPTER 7
TACOMA WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re: )
 )   In Chapter 7 Proceeding
 )   No. 17-40241
KWANG KYU YI )
 )
  Debtor(s) )   DECLARATION OF DEBTORS
 )   RE: CHANGED CIRCUMSTANCES
 )   IN REBUTTAL TO PRESUMPTION OF
 )   ABUSE

The above referenced Debtor(s) declare under penalty of perjury of the laws of the State of Washington as follows:

I am the Debtor in the above referenced case. My six months of income prior to filing shows that my six month average is above the median income and there is a presumption of abuse in my case.

The previous six months of income factored in employment from three separate jobs and employers. I no longer have three jobs and am only working two jobs with two employers.

Between the remaining two incomes my monthly income is well below the median income level and I would ask the court to allow me to file Chapter 7 bankruptcy. My income minus expenses (Schedule I minus Schedule J) leave me with only $67.54 a month which is insufficient to fund a Chapter 13 Plan.

Dated: 1-25-17

_____
Kwang Kyu Yi Debtor

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958