# UNITED STATES BANKRUPTCY COURT

Western District of Washington

Case No.: 17−40241−BDL
Chapter: 7
Judge: Brian D Lynch

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kwang Kyu Yi
11016 Waller Rd E #H305
Tacoma, WA 98446

Social Security / Individual Taxpayer ID No.:
xxx−xx−2169

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed the materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under section 707(b). Filed by Hilary Bramwell Mohr on behalf of United States Trustee. (Mohr, Hilary)

Dated: 3/17/17

United States Trustee